

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

---

In re:  Mitchell Kip Helling  
    Debtor(s)

Case No.: 23–41921  
Chapter 7

The Kitchen Kingz Corporation  
    Plaintiff(s)

Adv. Proc. No. 23–04091

v.

Mitchell Kip Helling  
    Defendant(s)

---

*A lawsuit has been started against you.* You have been or will be served with a Summons and Complaint. If the plaintiff is successful, or you do not respond in time, you could end up owing money to the plaintiff, even though, if you are a debtor in the related case, you may have received a discharge. You should consult your attorney as soon as possible, unless you wish to represent yourself.

If you are unable to afford an attorney, you may contact:



Volunteer Lawyers Network  
Bankruptcy Adversary Proceeding (BAP) Program  
(612)752–6677

You will be screened for eligibility and if it is determined that you are eligible, an attorney may be found who will represent you without payment of attorney's fees. *You are encouraged to contact Volunteer Lawyers Network as soon as possible after receiving this notice.*

Dated: December 4, 2023

    <u>Tricia Pepin</u>  
    Clerk, United States Bankruptcy Court

    By: admin  
    Deputy Clerk

**mnbprboa** 8/22