**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Mitchell Kip Helling,                                   BKY Case No. 23-41921

      Debtor.                                              Chapter 7

_____

The Kitchen Kingz Corporation,

      Plaintiff,                                        ORDER FOR STATUS
v.                                                      CONFERENCE

Mitchell Kip Helling,                                   Adv. Proc. No. 23-04091

      Defendant.

---

**ORDER FOR STATUS CONFERENCE**

---

    IT IS ORDERED:

    1.  **Date:** A status conference shall be held in in Courtroom Number 7 West, Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, on February 7, 2024, at 9:30 a.m.

    2.  **Required Appearances:** Attorney Greg Wald for the debtor, trustee Nauni Manty and/or her counsel, and attorney George Warner for The Kitchen Kingz Corporation.

    3.  **Agenda:** A) The status of the bankruptcy case, especially in relation to ADV No. 23-04091, and B) any issue raised by the foregoing.

    4.  **Preparation:** Counsel should be prepared to discuss the agenda and should discuss any related issues with opposing counsel prior to the status conference.

    5.  **Telephonic:** Telephonic appearances may be permitted if so requested and approved.

Dated: *January 9, 2024*

                                                */e/ Michael E. Ridgway*
                                                Michael E. Ridgway
                                                United States Bankruptcy Judge