UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>Mitchell Kip Helling,<br><br>Debtor. | Chapter 7<br>Case No. 23-41921 (MER) |
| The Kitchen Kingz Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Mitchell Kip Helling,<br><br>Defendant. | Adv. Case No. 23-41921 |

## CERTIFICATE OF SERVICE

George E. Warner, hereby states that on December 4, 2023 he caused the Adversary Summons [ECF 2] and Adversary Complaint [ECF 1] to be served on the parties specified in Federal Rules of Bankruptcy Procedure 7004, by sending a true and correct copy of same via U.S. Mail, first class postage prepaid, to the parties below:

Mitchell Kip Helling
8001 Rhode Island Circle
Bloomington, Minnesota 55438-1196

Gregory J. Wald
Attorney at Law
3800 American Boulevard West, Suite 1500
Bloomington, Minnesota 55431

Dated: December 4, 2023

/e/ *George E. Warner, Jr.*
George E. Warner, Jr. (#0222719)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>Mitchell Kip Helling,<br><br>　　　　Debtor. | Chapter 7<br>Case No. 23-41921 (MER) |
| The Kitchen Kingz Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Mitchell Kip Helling,<br><br>　　　　Defendant. | Adv. Case No. 23-41921 |

## CERTIFICATE OF SERVICE

　　George E. Warner, hereby states that on December 4, 2023 he caused the <u>Adversary Summons [ECF 2]</u> and <u>Adversary Complaint [ECF 1]</u> to be served on the parties specified in Federal Rules of Bankruptcy Procedure 7004, by sending a true and correct copy of same via U.S. Mail, first class postage prepaid, to the parties below:

Mitchell Kip Helling
8001 Rhode Island Circle
Bloomington, Minnesota 55438-1196

Gregory J. Wald
Attorney at Law
3800 American Boulevard West, Suite 1500
Bloomington, Minnesota 55431

Dated: December 4, 2023

　　*/e/ George E. Warner, Jr.*
　　George E. Warner, Jr. (#0222719)