UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In re:

**Mitchell Kip Helling**,

       Debtor.                                                                                JUDGMENT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**The Kitchen Kingz Corporation**,

       Plaintiff,                                                                       BKY 23-41921

v.                                                                                   ADV 23-04091

**Mitchell Kip Helling**,

       Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

       This proceeding came before the Court, and a decision or order for judgment was duly rendered, the Honorable Michael E. Ridgway, United States Bankruptcy Judge, presiding.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

Judgment is granted to the Plaintiff, The Kitchen Kingz Corporation, against the defendant in the amount of $19,501.63 plus the $350.00 adversary proceeding filing fee and the $20.00 fee due under 28 U.S.C. § 1923(a) for a total of $19,871.63 pursuant to 11 U.S.C. §§ 523(a)(2)(A), 523(a)(2)(B), and 523(a)(6).

Dated:  *February 14, 2024*                                                                  Tricia Pepin

At:     Minneapolis, Minnesota.                              Clerk of Bankruptcy Court

                                                                                     By: /e/ Michael J. Stepan
                                                                                     Deputy Clerk